**Essex PORTER, Petitioner–Appellant,**

v.

**Cal TERHUNE, Director of California Department of Corrections, Respondent–Appellee.**

No. 06-55693.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2007 *.

Filed Aug. 15, 2007.

Linda L. Griffis, Esq., Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellant.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alana Cohen Butler, Esq., Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI and RAWLINSON, Circuit Judges, and BAER,** Senior Judge.

## MEMORANDUM ***

The state court wasn't unreasonable in holding that Porter could be forced to wear a stun belt during his trial. 28 U.S.C. § 2254(d)(2). "[C]ompelling circumstances" justified the use of the stun belt, *Duckett v. Godinez,* 67 F.3d 734, 748 (9th Cir.1995), and there was evidence supporting a finding that the stun belt didn't impair Porter's ability to effectively communicate with his lawyers.

## AFFIRMED.

** The Honorable Harold Baer, Jr., Senior United States District Judge for the Southern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).